## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **David Cathey,** | ) |
| Plaintiff, | ) ) ) |
| **vs.** | ) Case No.  4:21-cv-264 ) |
| **VSC Operations, LLC,** | ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING DEFENDANT VSC OPERATIONS, LLC'S MOTION TO DISMISS

The Court has considered Defendant VSC Operations, LLC's Rule 12(b)(6) Motion to Dismiss and is of the opinion that it should be GRANTED.

It is therefore, ORDERED that Plaintiff's Complaint is hereby DISMISSED with prejudice.