IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **David Cathey,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:21-cv-264 |
| | ) |
| **VSC Operations, LLC,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pending before the Court is Defendant VSC Operations, LLC's Rule 12(b)(6) Motion to Dismiss (Dkt. #5).   On June 15, 2021, Plaintiff filed an Amended Complaint (Dkt. #8).

It is therefore ORDERED that Defendant VSC Operations, LLC's Rule 12(b)(6) Motion to Dismiss (Dkt. #5) is denied as moot.

**IT IS SO ORDERED.**

SIGNED this 16th day of June, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE